UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JOSE BAYRON LOPEZ-SAGASTUME,

Defendant.

-----------------------------------------------------------X

**MEMORANDUM**

26 Cr. 431 (NSR)

TO: NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

Please find attached a transcript of the September 17, 2026, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 2, 2026
White Plains, New York

Respectfully submitted,

ANDREW E. KRAUSE
United States Magistrate Judge

November 2, 2026

This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge